

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00220-CR

RODNEY WILFORD WEDE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. 60894

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

Appellant Rodney Wilford Wede has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Scott E. Stevens
Justice

Date Submitted:     February 25, 2019
Date Decided:     February 26, 2019

Do Not Publish